**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Elizabeth Copeland v. Barry Copeland

Appellate case number:   01-14-00680-CV

Trial court case number:  2012-39055

Trial court:                   311th District Court of Harris County

      The motion for rehearing filed on April 16, 2015 is **DENIED**.

      It is so ORDERED.

Judge's signature: __/s/_ Rebeca Huddle
                             X  Acting for the Court

Panel consists of Justices Jennings, Higley, and Huddle.

Date:  May 7, 2015